EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Para añadir un Artículo XVII – Paneles de Jurado para Casos de Emergencia; renumerar los Artículos XVII, XVIII y XIX como Artículos XVIII, XIX y XX respectivamente del Reglamento para Delinear las Funciones del Negociado para la Administración del Servicio de Jurado y Disponer los Procedimientos para la Selección de Jurados | 2004 TSPR 115<br><br>162 DPR ____ |

Número del Caso: ER-2004-8

Fecha: 30 de junio de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

**Para añadir un Artículo XVII – Paneles de Jurado para Casos de Emergencia; renumerar los Artículos XVII, XVIII y XIX como Artículos XVIII, XIX y XX respectivamente del Reglamento para Delinear las Funciones del Negociado para la Administración del Servicio de Jurado y Disponer los Procedimientos para la Selección de Jurados**

**ER-2004-8**

**RESOLUCION**

En San Juan, Puerto Rico, a 30 de junio de 2004.

Al establecer el proceso para emitir la lista del panel o paneles de jurado en situaciones de emergencia, surge la necesidad de consignar en el **Reglamento para Delinear las Funciones del Negociado para la Administración del Servicio de Jurado y Disponer los Procedimientos para la Selección de Jurados** cómo se certificarán dicho panel o paneles de jurados.

Por tal razón, se añade un nuevo Artículo XVII – Paneles de Jurado para Casos de Emergencia. También se renumeran los Artículos XVII, XVIII y XIX vigentes como Artículos XVIII, XIX y XX respectivamente, para que se lea:

*"ARTÍCULO XVII -  PANELES DE JURADOS PARA CASOS DE EMERGENCIA*

*A.  Cuando ocurran situaciones de emergencia tales como actos de la naturaleza, fuegos, interrupciones en el servicio de energía eléctrica, desperfectos en las computadoras y otros similares, se emitirá el panel o paneles de jurados de la manera siguiente:*

*1.  Al ocurrir alguna situación de emergencia, el(la) Director(a) del Negociado certificará la imposibilidad de emitir las listas de los paneles de jurados según establece el presente reglamento.*

2.  Las salas de las Regiones Judiciales tomarán en consideración dicha situación de emergencia y llevarán a cabo un sorteo manual según dispone el procedimiento para situaciones de emergencia aprobado por el(la) Director(a) Administrativo(a) de los Tribunales.

3.  El sorteo manual de los jurados potenciales se llevará a cabo en presencia del Juez Administrador de la Región Judicial particular o el Juez designado para asuntos de jurados o el Juez que preside el proceso para el cual se solicitaron los paneles de jurados y de las partes.

4.  El Juez Administrador de la Región particular o el Juez designado para asuntos de jurados o el Juez que preside el proceso para el cual se solicitaron los paneles de jurados certificará que el proceso se llevó a cabo de conformidad con el procedimiento vigente.  Las partes también firmarán la certificación como testigos del proceso.

ARTÍCULO **[XVII]** *XVIII* – RECUSACIÓN PARCIAL O TOTAL DEL REGISTRO MATRIZ

. . .

ARTÍCULO **[XVIII]** *XIX* – REVISIÓN JUDICIAL

. . .

ARTÍCULO **[XIX]** *XX* – VIGENCIA

. . . "

Esta Resolución entrará en vigor el  30  de junio de 2004.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo